# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JORDAN ANDREW DERRICK,

        Defendant.

Case No. 26-MJ-00063-JAM

## EXHIBITS

| | | |
|---|---|---|
| ˮ | = | Offered & admitted without objection. |
| X. | = | Offered & admitted over objection. |
| Ex. | = | Offered, but objected to and excluded. |
| N.O. | = | Marked but not offered. |
| D.B. | = | Admitted, _de bene_. |
| W.D. | = | Offered then withdrawn. |
| Ltd. | = | Admitted for limited purpose. |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1 | ⌐ | 5/15 | 9:45 AM | Photograph of components that can be used to construct a destructive device |
| 2 | ⌐ | | 9:47 AM | Closeup photograph of components that can be used to construct a destructive device |
| 3 | ⌐ | | 9:49 AM | Photograph of a large container that contains apparent explosive material |
| 4 | ⌐ | | 9:50 AM | Photograph of ATF jacket recovered in closet of defendant's son |

    I certify that I have this date _____ received from the Clerk, United States District Court, Western District of Missouri, the following numbered exhibits listed above, for which I hold myself responsible:

_____

PRINTED NAME

_____

SIGNATURE

Page 1

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 5 | ⌣ | 5/15 | 9:52 AM | Two photographs of firearms recovered from gun safe located in defendant's son's bedroom |
| 6 | ⌣ | 5/15 | 9:57 AM | Three photographs firearms found outside of gun safe |

Page 2